UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION<br><br>                Plaintiff,<br><br>                v.<br><br>OHIO CASUALTY INSURANCE COMPANY<br><br>  Serve:  Corporation Service Company<br>            1090 Vermont Avenue, N.W.<br>           Washington, D.C. 20005<br><br>                Defendant. | Civ. Action No.: _____<br><br><br>**COMPLAINT** |

## COMPLAINT

COMES NOW the Plaintiff, the District of Columbia for the Use and Benefit of Haislip Corporation ("Haislip") and for its Complaint against Ohio Casualty Insurance Company ("Ohio Casualty") alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Haislip is a corporation organized and existing under the laws of the state of Virginia, with its principal place of business located in Chantilly, Virginia.

2. Defendant, Ohio Casualty Ins. Co. ("Ohio Casualty") is a corporation organized and existing under the laws of the state of Ohio with its principal place of business located in Hamilton, Ohio.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and this matter is between corporations of different States.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1391(a) because the Defendant conducts business in this judicial district. Further, venue in this Court is proper under D.C. Code § 2-201.02.

## BACKGROUND FACTS

5. General contractor Jones & Wood, Inc. ("Jones & Wood') entered into a subcontract with first tier subcontractor Johnson Controls, Inc. ("Johnson Controls") for Johnson Controls to perform certain electrical and mechanical work on the District of Columbia Central Detention Facility HVAC System Upgrade Project ("the Project"), Contract No. CC-0186-AA-2-0-CC, located in the District of Columbia.

6. In connection with its work at the Project, Jones & Wood (as Principal) obtained a payment bond from Defendant Ohio Casualty (as Surety), Bond No. 3597280 (the "Bond"), in accordance with D.C. Code § 2-305.04 for the protection of all businesses supplying labor and material to the contractor or a first-tier subcontractor in the performance of the work on the Project. A true copy of the Bond is attached hereto as Exhibit 1.

7. On or about September 26, 2003, Johnson Controls entered into an agreement (the "Subcontract") with second tier subcontractor Haislip for Haislip to perform certain electrical and mechanical work associated with the Project.

8. During the course of the Project, Haislip performed certain additional change order work on the job at the direction and under the supervision of Johnson Controls.

9. Haislip fully and satisfactorily completed all of the work required under its Subcontract, including the additional change order work it was directed to perform by

Johnson Controls.

10. By letters dated, November 22, 2004, sent certified mail, return receipt requested and within 90 days of Haislip's last work on the Project, Haislip gave Johnson Controls', Jones & Wood and Ohio Casualty written notice of unpaid sums due and owing Haislip pursuant to D.C. Code § 2-305.06. True copies of the letters are attached hereto as Exhibits 2, 3 and 4.

11. More than 90 days have passed since Haislip's last work on the Project.

12. This suit is filed within one (1) year from the date the final labor was performed or materials were supplied on the Project.

13. The total value of Haislip's work on the Project, including the change order work directed by Johnson Controls is $268,564.71.

14. To date, Haislip has received payments totaling only $178,000.00.

15. Despite proper demand, Johnson Controls has refused to pay Haislip the remaining $90,564.71 due to Haislip in connection with its work on the Project.

16. All conditions necessary to bringing this action have been satisfied.

### COUNT I- ACTION ON PAYMENT BOND

17. Haislip hereby incorporates paragraphs 1-16 as if fully set forth herein.

18. Johnson Controls has failed to promptly make payments due Haislip in connection with its work on the Project and under the Subcontract in the amount of $90,564.71.

19. Johnson Controls' actions are wrongful and constitute a breach of the Subcontract.

20. Haislip is owed $90,564.71 for labor and materials supplied in the

prosecution of the work on the Project.

21.     As general contractor Jones & Wood's surety, Ohio Casualty is liable under the Jones & Wood's payment bond for the unpaid amounts due Haislip under its Subcontract.

22.     Pursuant to the terms of the Subcontract and the Jones & Wood payment bond, Ohio Casualty is liable for Haislip's reasonable attorneys fees, costs, charges and expenses associated with this action.

**WHEREFORE**, Haislip Corporation respectfully prays that this Honorable Court enter judgment in its favor and against Ohio Casualty Insurance Company, in an amount not less Ninety Thousand Five Hundred Sixty-Four and 71/100 Dollars ($90,564.71), the exact amount to be proved at trial, together with prejudgment interest, post judgment interest, costs and expenses, including attorneys' fees, expended in this behalf and such other relief as the Court deems just deems just.

### Jury Demand

A trial by jury is hereby demanded on all issues.

**Dated: May 25, 2005**                                         Respectfully submitted,

                                                                **QUAGLIANO & SEEGER, P.C.**


                                                                ___/s/ Seth A. Robbins_____
                                                                Seth A. Robbins, Bar No.: 471812
                                                                2620 P Street, NW
                                                                Washington, DC 20007
                                                                Tel. (202) 822-8838
                                                                Fax. (202) 822-6982
                                                                e-mail: Robbins@quagseeg.com
                                                                **Counsel for Plaintiff**
                                                                **Haislip Corporation**