Bond# 3597280

## Government of the District of Columbia
### Department of Public Works

| PAYMENT BOND (CONSTRUCTION) (See Instructions on reverse) | Date Bond Executed (Must be same or later than date of Contract) MAR 21 2001 |
|---|---|

| PRINCIPAL (Legal Name and Address) | TYPE OF ORGANIZATION ("X") |
|---|---|
| JONES AND WOOD, INC. 1165 V ST., N.E. WASHINGTON, D.C. 20018 | ☐ INDIVIDUAL  ☐ PARTNERSHIP<br>☐ JOINT VENTURE  ☒ CORPORATION<br>STATE OF INCORPORATION: MARYLAND |

| SURETY(IES) (Name(s) and Address(es)) | PENAL SUM OF BOND |||| 
|---|---|---|---|---|
| | MILLIONS | THOUSANDS | HUNDREDS | CENTS |
| The Ohio Casualty Insurance Company 11350 McCormick Road, Suite 800 Hunt Valley, MD 21031 | 3 | 571 | 052 | 00 |
| | CONTRACT DATE MAR 21 2001 | CONTRACT NUMBER 00-0186-AA-2-0-CC |||

KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto are firmly bound to the District of Columbia Government, a municipal corporation, hereinafter called the District, in the above penal sum for the payment of which we bind ourselves, our heirs, executors, and successors, jointly and severally; Provided, that, where the Surety(ies) are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly" and "severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as is set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal entered into the Contract identified above.

NOW, THEREFORE, if the Principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided for in the Contract, and any and all duly authorized modifications of the Contract that may hereafter be made, notice of which modifications to the Surety(ies) being hereby waived, then the above obligation shall be void; otherwise to remain in full force and virtue.

IN WITNESS WHEREOF, the Principal and Surety(ies) have executed this payment bond and have affixed their seals on the date set forth above.

### PRINCIPAL

| 1. Signature | 1. Attest | |
|---|---|---|
| *(signed)* (Seal) | *(signed)* | Corporate Seal |
| Name & Title (Typed) Lambertine W. Jones President | Name & Title (Typed) Joseph L. Wood Vice-President | |
| 2. Signature | 2. Attest | |
| (Seal) | | Corporate Seal |
| Name & Title (Typed) | Name & Title (Typed) | |

Form No. DC 2040-6

Exhibit #1

## SURETY(IES)

| 1. Name & Address (typed) | | State of Inc. | Liability Limit |
|---|---|---|---|
| The Ohio Casualty Insurance Company<br>11350 McCormick Road, Suite 800<br>Hunt Valley, MD 21031 | | Ohio | $7,142,104.00 |
| Signature of Attorney-in-Fact | Attest (Signatures) | | Corporate Seal |
| Name & Address (typed) Denise H. Heery<br>110 South Union Street<br>Alexandria, VA 22314 | Name & Address (typed) Janell R. Wheeler<br>110 South Union Street<br>Alexandria, VA 22314 | | |

| 1. Name & Address (typed) | | State of Inc. | Liability Limit |
|---|---|---|---|
| | | | |
| Signature of Attorney-in-Fact | Attest (Signatures) | | Corporate Seal |
| Name & Address (typed) | Name & Address (typed) | | |

## BOND PREMIUM

| Rate Per Thousand | Total Premium | Name & Address of Agency or Agent Receiving Commission |
|---|---|---|
| 500,000 x 10.80<br>2.0     x  7.20<br>2.5     x  6.00<br>2,142,104 x 4.80 | $45,082 | Morgan & Cheves, Inc.<br>110 South Union Street<br>Alexandria, VA 22314 |

Approved By:

Department of Public Works
Contracting Officer

## INSTRUCTIONS

1. The full legal name and business address of the Principal shall be inserted in the space designated "Principal" on the face of this form. The bond shall be signed by the authorized person signing the Contract. When such person signing is other than the President or Vice-President of a corporation, evidence of authority shall be furnished. Such evidence shall be in the form of either an Extract of Minutes of a Meeting of the Board of Directors, or Extract of Bylaws, certified by the Corporate Secretary, or Assistant Secretary and with Corporate Seal affixed thereto.

2. Corporations executing the bond as sureties shall be among those appearing on the U.S. Treasury Department's list of approved sureties and shall be acting within the limitations set forth therein, and shall also be licensed by the Insurance Administration, Department of Consumer and Regulatory Affairs, to do business in the District of Columbia. The surety shall (1) insert on the bond form the name and addresses of the agency receiving the commission; and (2) attach an adequate Power-of-Attorney for each representative signing the bond.

3. Corporations executing the bond shall affix their Corporate Seals. Individuals shall sign full first name, middle initial and last name opposite the word "seal"; two witnesses shall sign and include their addresses, under the word "witness". If executed in Maine or New Hampshire, an adhesive seal shall be affixed.

4. The name of each person signing this performance bond shall be typed in the space provided.

Rev. July 1982