## QUAGLIANO & SEEGER, P.C.
ATTORNEYS AT LAW
LAKESIDE AT LOUDOUN TECH CENTER III
21355 RIDGETOP CIRCLE, SUITE 110
DULLES, VIRGINIA 20166

TELEPHONE: (571) 434-7590
FACSIMILE: (571) 434-9006

WEB SITE: www.quagseeg.com
E-MAIL: info@quagseeg.com

JULIE QUAGLIANO WESTEMEIER
STEPHEN M. SEEGER
JAMES J. FAUGHNAN
FRED A. MENDICINO
SETH A. ROBBINS
MICHAEL C. ZISA*
DANIEL R. NASH

WASHINGTON, D.C. OFFICE
2620 P STREET, NW
WASHINGTON, DC 20007
TEL. (202) 822-8838
FAX. (202) 822-6982
* NOT ADMITTED IN VIRGINIA

November 23, 2004

**VIA FACSIMILE & FIRST CLASS MAIL**
(513) 867-3450

Robert Fryman, Esquire
L'Abbate, Balkin, Colavita
1050 Franklin Avenue
Garden City, NY 11530

    Re:  **Notice of Payment Bond Claim**

          **Principal:** Jones and Woods, Inc.
          **Project:** Central Detention Facility (D.C. Jail) HVAC System Up Upgrade
          **Contract:** 00-0186-AA-2-0-CC
          **Bond No.:** 3597280

Dear Mr. Fryman:

    Enclosed please find our letter dated November 22, 2004 to Jones and Woods Payment Bond Surety on the above referenced project providing our notice of Claim against the referenced bond. Please forward a copy of this notice to the appropriate representatives at Johnson Controls and call me if you wish to discuss this matter further.

                      Very truly yours,

                      Quagliano & Seeger, P.C.

                      Fred A. Mendicino

FAM/sds
Enclosure

cc: Lambertine Jones

Exhibit #2

## QUAGLIANO & SEEGER, P.C.
ATTORNEYS AT LAW
LAKESIDE AT LOUDOUN TECH CENTER III
21355 RIDGETOP CIRCLE, SUITE 110
DULLES, VIRGINIA 20166

TELEPHONE: (571) 434-7590
FACSIMILE: (571) 434-9006

WEB SITE: www.quagseeg.com
E-MAIL: info@quagseeg.com

JULIE QUAGLIANO WESTEMEIER
STEPHEN M. SEEGER
JAMES J. FAUGHNAN
FRED A. MENDICINO
SETH A. ROBBINS
MICHAEL C. ZISA*
DANIEL R. NASH

WASHINGTON, D.C. OFFICE
2620 P STREET, NW
WASHINGTON, DC 20007
TEL (202) 822-8838
FAX (202) 822-6982
* NOT ADMITTED IN VIRGINIA

November 22, 2004

VIA FACSIMILE (513) 867-3450

Curt Brookbank
Ohio Casualty Ins. Co.
Claims Department
136 N. Third St.
Hamilton, Ohio 45025

Re:   **Notice of Payment Bond Claim**

      Principal:    Jones and Wood, Inc.
      Project:     Central Detention Facility (D.C. Jail) HVAC System Upgrade
      Contract:    00-0186-AA-2-0-CC
      Bond no.:   3597280

Dear Mr. Brookbank:

      We represent Haislip Corporation with regard to its involvement in the above-referenced Project. Haislip Corporation performed work as a second tier subcontractor on this Project to Johnson Controls, Inc., who worked as a first tier subcontractor for Jones & Wood, Inc. Haislip Corporation has billed Johnson a total of $268,564.71 for its work on this Project, but has only been paid $178,000.00. Consequently, there is a balance due Haislip for its work on this Project in the amount of $90,564.71, plus applicable interest, that Johnson refuses to pay. Haislip performed its last work on this Project within the previous ninety days.

      On behalf of Haislip, we hereby assert a claim against the Jones & Wood payment bond for the above-referenced Project and demand immediate payment in the amount of $90,564.71. Please contact me as soon as possible so that we can provide you with any documentation that you may require substantiating our claim.

QUAGLIANO & SEEGER, P.C.

>Very truly yours,
>
>**Quagliano & Seeger, P.C.**
>
>*[signature]*
>
>Fred A. Mendicino

cc:    Jamie Haislip

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.37 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Postmark Here — STERLING VA — DEC - 2 2004 — USPS

Sent To: Robert Fryman, Esq.
Street, Apt. No.; or PO Box No. 1050 Franklin Ave.
City, State, ZIP+4: Garden City, NY 11530

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0001 3849 3327

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert Fryman, Esq.
   L'Abbate, Balkin, Colavita
   1050 Franklin Ave.
   Garden City, NY 11530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Amee Callah_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Amee Callahan
C. Date of Delivery: DEC 0 9 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0001 3849 3327

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1