

Exhibit #3