# QUAGLIANO & SEEGER, P.C.
### ATTORNEYS AT LAW
LAKESIDE AT LOUDOUN TECH CENTER III
21355 RIDGETOP CIRCLE, SUITE 110
DULLES, VIRGINIA 20166

JULIE QUAGLIANO WESTEMEIER
STEPHEN M. SEEGER
JAMES J. FAUGHNAN
FRED A. MENDICINO
SETH A. ROBBINS
MICHAEL C. ZISA*
DANIEL R. NASH

TELEPHONE: (571) 434-7590
FACSIMILE: (571) 434-9006

WEB SITE: www.quagseeg.com
E-MAIL: info@quagseeg.com

WASHINGTON, D.C. OFFICE
2620 P STREET, NW
WASHINGTON, DC 20007
TEL. (202) 822-8838
FAX. (202) 822-6982
* NOT ADMITTED IN VIRGINIA

November 22, 2004

<u>VIA FACSIMILE (513) 867-3450</u>

Curt Brookbank
Ohio Casualty Ins. Co.
Claims Department
136 N. Third St.
Hamilton, Ohio 45025

    Re:    <u>**Notice of Payment Bond Claim**</u>

|  |  |
|---|---|
| **Principal:** | Jones and Wood, Inc. |
| **Project:** | Central Detention Facility (D.C. Jail) HVAC System Upgrade |
| **Contract:** | 00-0186-AA-2-0-CC |
| **Bond no.:** | 3597280 |

Dear Mr. Brookbank:

    We represent Haislip Corporation with regard to its involvement in the above-referenced Project. Haislip Corporation performed work as a second tier subcontractor on this Project to Johnson Controls, Inc., who worked as a first tier subcontractor for Jones & Wood, Inc. Haislip Corporation has billed Johnson a total of $268,564.71 for its work on this Project, but has only been paid $178,000.00. Consequently, there is a balance due Haislip for its work on this Project in the amount of $90,564.71, plus applicable interest, that Johnson refuses to pay. Haislip performed its last work on this Project within the previous ninety days.

    On behalf of Haislip, we hereby assert a claim against the Jones & Wood payment bond for the above-referenced Project and demand immediate payment in the amount of $90,564.71. Please contact me as soon as possible so that we can provide you with any documentation that you may require substantiating our claim.

Exhibit #4

QUAGLIANO & SEEGER, P.C.

Very truly yours,

**Quagliano & Seeger, P.C.**

*[signature: Fred A. Mendicino]*

Fred A. Mendicino

cc:   Jamie Haislip

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.37 |
| Certified Fee | $2.30 |
| Return Reciept Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Postmark Here — STERLING VA 20165, DEC -4 2004, 0342, USPS

Sent To: CURT BROOKBANK
Street, Apt. No.; or PO Box No.: 136 N. THIRD ST.
City, State, ZIP+4: HAMILTON, OH 45025

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0001 3849 3303

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CURT BROOKBANK
OHIO CASUALTY INS. COMP.
CLAIMS DEPT.
136 N. THIRD ST.
HAMILTON, OH 45025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Berry_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Berry
C. Date of Delivery: DEC 09 2004

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0001 3849 3303

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540