CO-386-online
10/03

# United States District Court
# For the District of Columbia

District of Columbia f/u/b/o )
HAISLIP CORPORATION )
)
)
                     Plaintiff )
vs )   Civil Action No._____
)
OHIO CASULATY INSURANCE )
COMPANY )
)
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Haislip Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Haislip Corporation__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

__471812__
BAR IDENTIFICATION NO.

Seth A. Robbins
Print Name

2620 P Street, NW
Address

Washington, DC    20007
City    State    Zip Code

(202) 822-883
Phone Number