AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DISTRICT OF COLUMBIA f/u/b/o
MAISLIP CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

OHIO CASUALTY INSURANCE C

CASE NUMBER    1:05CV01049

JUDGE: James Robertson

DECK TYPE: Contract

DATE STAMP: 05/25/2005

TO: (Name and address of Defendant)

Defendant: Ohio Casualty Insurance Company
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

Registered Agent for Defendant, Ohio Casualty Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Robbins, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. No.: (202) 822-8838

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 25 2005
CLERK                              DATE

*[signature]*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

District of Columbia for the Use and Benefit of Maislip Corporation

vs.

Ohio Casualty Insurance Company
                    No. 1:05CV01049 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint and Exhibit 1 - 4 in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:45 am on June 9, 2005, I served Ohio Casualty Insurance Company c/o Corporation Service Company at 1090 Vermont Avenue, NW, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    40
 HEIGHT-    5'10"
   HAIR-    BLACK
 WEIGHT-    170
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  06-09-05
              Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 153661