UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05CV01049 JR<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

WILL THE CLERK of the Court please enter the appearances of Rebecca L. Taylor, Esquire and Keri V. Smolka, Esquire as co-counsel for Defendant Ohio Casualty Insurance Company in the above-captioned matter.

 

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/S/

_____
Rebecca L. Taylor (#443401)
Keri V. Smolka (#489520)
1400 K St., NW
Suite 1000
Washington, DC 20005-2403
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ohio Casualty*
*Insurance Company*

June 29, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that on June 29, 2005, a copy of the Notice of Appearance was served electronically and by first-class mail, postage prepaid, on:

Seth A. Robbins, Esquire
Fred A. Medicinio, Esquire
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007

                                          /S/
                              _____
                              Rebecca L. Taylor