UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>OHIO CASUALTY<br>INSURANCE COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05CV01049 JR<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSE

Defendant Ohio Casualty Insurance Company ("Defendant"), through undersigned counsel, respectfully moves this Court for a 19 day enlargement of time within which to file its response to Plaintiff's Complaint. In support of the motion, Defendant states as follows:

1. On June 9, 2005, Defendant was served with Plaintiff's Complaint. As such, a responsive pleading is due on June 29, 2005.

2. Defendant's counsel was recently retained and needs additional time to investigate the allegations set forth in Plaintiff's Complaint.

3. A 19 day enlargement of time should allow Defendant sufficient opportunity to complete its investigation and file its response. Accordingly, Defendant requests an extension until July 18, 2005, to file its response.

4. Plaintiff consents to the relief sought herein.

5. This motion is not brought for the purpose of delay, nor will it unduly prejudice either party.

WHEREFORE, the foregoing reasons, Defendant requests a 19 day enlargement of time to file its response.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/S/
_____
Rebecca L. Taylor (#443401)
Keri V. Smolka (#489520)
1400 K St., NW
Suite 1000
Washington, DC 20005-2403
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ohio Casualty Insurance Company*

June 29, 2005

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>OHIO CASUALTY<br>INSURANCE COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05CV01049 JR<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSE**

Defendant Ohio Casualty Insurance Company, in support of the Consent Motion to Enlarge Time to File a Response, relies on the following:

1. Fed. R. Civ. P. 6(b);
2. The record herein;
3. The best interests of justice; and
4. The equity power of this Court.

                Respectfully submitted,

                LEFTWICH & LUDAWAY, LLC

                /S/
                _____
                Rebecca L. Taylor (#443401)
                Keri V. Smolka (#489520)
                1400 K St., NW
                Suite 1000
                Washington, DC 20005-2403
                (202) 434-9100 (voice)
                (202) 783-3420 (facsimile)

June 29, 2005

                *Counsel for Ohio Casualty
                Insurance Company*

## CERTIFICATION OF CONSENT

I hereby certify that on June 27, 2005, Defendant's counsel spoke with Plaintiff's counsel regarding Defendant's request to enlarge time to file a response. Plaintiff's counsel consented to the relief sought.

/S/
_____
Rebecca L. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2005, a copy of the Notice of Appearance was served electronically and by first-class mail, postage prepaid, on:

Seth A. Robbins, Esquire
Fred A. Medicinio, Esquire
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007

/S/
_____
Rebecca L. Taylor