## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OHIO CASUALTY<br>INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:05CV01049 JR |

## ORDER

Upon consideration of the Consent Motion to Enlarge Time to File a Response, acknowledging that all affected parties consent to the relief sought; it is this _____ day of _____, 2005,

**ORDERED**, that the Consent Motion to Enlarge Time to File a Response be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that Defendant Ohio Casualty Insurance Company shall have until July 18, 2005 to file its response to Plaintiff's Complaint.

_____
Judge James Robertson
United States District Court for
the District of Columbia

Copies to:
Rebecca L. Taylor, Esquire
Keri V. Smolka, Esquire
Leftwich & Ludaway, LLC
1400 K Street, NW
Suite 1000
Washington, DC 20002-2403

Seth A. Robbins, Esquire
Fred A. Medicinio, Esquire
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007