CO-386-online
10/03

# United States District Court
# For the District of Columbia

District of Columbia for the use and )
Benefit of Haislip Corporation )
)
)
                Plaintiff )    Civil Action No. __1:05CV01049__
vs )
)
Ohio Casualty Insurance Company )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Ohio Casualty Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Ohio Casualty Insurance Company__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__489520__
BAR IDENTIFICATION NO.

Keri V. Smolka
Print Name

1400 K Street, NW, Suite 1000
Address

Washington DC     20005-2403
City     State     Zip Code

(202) 434-9100
Phone Number