UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendant/<br>    Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.<br>5757 N. Green Bay Avenue<br>P.O. Box 591<br>Milwaukee, WI 53201<br><br>    Third-Party Defendant. | Case No. 1:05CV01049<br>Judge: James Robertson<br>Deck Type: Contract |

## AFFIDAVIT OF KERI V. SMOLKA, ESQ.

I, Keri V. Smolka, affirm and declare under penalties of perjury the following:

1. Pursuant to F.R.Civ.P. 14(a), Defendant's Third Party Complaint and corresponding documents were to be filed by August 1, 2005.

2. On August 1, 2005, I personally filed (1) Civil Cover Sheet, (2) Defendant/Third Party Plaintiff's Third Party Complaint, (3) Summons, (4) Notice of Designation of Related Cases, and (5) Certificate Rule LCvR 7.1 in the above-captioned matter with the Clerk of the Court, United States District Court for the District of Columbia, located at 333 Constitution Avenue, NW, Washington, DC 20001.

3. Because the documents were brought to the Courthouse in a sealed envelope, I was informed by the Clerk that I could not open the envelope in the Courthouse, and thus could not receive a date-stamped copy of the documents at that time. Rather, I was told that a date-stamped copy of the Complaint and Summons would be mailed to me by the Court.

4. I was instructed to take the envelope to another room down the hall from the Clerk's Office. At that time, approximately 3:55 p.m., I was informed by a Court employee that the envelope would be entered as having been received by the Court on August 1, 2005.

5. On August 9, 2005, the U.S. District Court for the District of Columbia Notice of Electronic Filing erroneously reflected that the documents referenced in paragraph 2, above, were not filed until August 2, 2005.

I affirm and declare under the penalties of perjury that the foregoing is true and correct.

8/9/05
Date

Keri V. Smolka, Esq.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/S/

Rebecca L. Taylor (#443401)
Keri V. Smolka (#489520)
1400 K St., NW
Suite 1000
Washington, DC 20005-2403
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)
*Counsel for Ohio Casualty*
*Insurance Company*

August 9, 2005