**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA FOR THE USE :
AND BENEFIT OF HAISLIP          :
CORPORATION,                    :
                                :
         Plaintiff,             :
                                :
    v.                          : Civil Action No. 05-1049 (JR)
                                :
OHIO CASUALTY INSURANCE COMPANY,:
                                :
         Defendant.             :

**ORDER REFERRING TO MEDIATION**

    After a scheduling conference held in Chambers on August 23, 2005, it is **ORDERED** that this case be referred to a Magistrate Judge of this Court for mediation.  If the case has not settled, the parties are to appear before the undersigned judge for a status conference in open court on **October 25, 2005, at 4:30 p.m.**


                                          JAMES ROBERTSON
                            United States District Judge