**ADORNO & YOSS, LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.
  Third-Party Defendant/Fourth-Party
  Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA
FOR THE USE AND BENEFIT OF
HAISLIP CORPORATION,

  Plaintiff,

v.

OHIO CASUALTY INSURANCE COMPANY,

  Defendant/Third-Party Plaintiff,

v.

JOHNSON CONTROLS, INC.,

  Third-Party Defendant/Fourth-Party
  Plaintiff,

v.

JONES & WOOD, INC.,

  Fourth-Party Defendant.

: Case No. 1:05CV01049-JR-DAR
: Judge: James Robertson
: Magistrate: Deborah A. Robinson
: Deck Type: Contract

{009900.0092/A0014837_1}   16

## CERTIFICATE OF SERVICE

This is to certify that I have this day, served a true a correct copy of the foregoing **THIRD-PARTY DEFENDANT JOHNSON CONTROLS INC.'S ANSWER TO THIRD-PARTY COMPLAINT, CROSS-CLAIM AGAINST OHIO CASUALTY COMPANY AND FOURTH-PARTY CLAIM AGAINST JONES & WOOD, INC. and LCvR 7.1 CORPORATE DISCLOSURE** by placing in the United States Mail, with adequate prepaid postage thereon and by service of process under the Federal Rules of Civil Procedure and the Local Rules of the District Court for the District of Columbia, addressed to counsel of record and registered agent as follows:

Rebecca L. Taylor, Esq.
Keri V. Smolka, Esq.
LEFTWICH & LUDAWAY, LLC
1400 K. Street, NW
Suite 1000
Washington, D.C. 20005-2403
Tel: (202) 434-9100
Fax: (202) 783-3420

Seth A. Robbins, Esq.
Fred A. Medicinio, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P. Street, NW
Washington, D.C. 20007
Tel: (202) 822-8838
Fax: (202) 822-6982

Jones & Wood, Inc.
c/o Natalie O. Ludaway (registered agent)
1400 K. Street, N.W. Suite 1000
Washington, DC 20005

this 6th day of September, 2005.

ADORNO & YOSS LLC

_____
Thomas L. Patterson
D.C. Bar No. 392,329
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005

{009900.0092/A0014837_1}    17

Tel: (202) 408-5700
Fax: (202) 312-0606
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.

Of Counsel
Deborah S. Butera, Esq.
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia  30309
Tel: (404) 347-8300
Fax: (404) 347-8395

{009900.0092/A0014837_1}    18