**ADORNO & YOSS, LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, NW, Suite 450
Washington, DC 20005
Telephone: (202) 408-5700
Facsimile: (202)408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.
  Third-Party Defendant/Fourth-Party
  Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>v.<br><br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>  Third-Party Defendant/Fourth-Party<br>  Plaintiff,<br><br>v.<br><br>JONES & WOOD, INC.,<br><br>  Fourth-Party Defendant. | Case No. 1:05CV01049-JR-DAR<br>Judge: James Robertson<br>Magistrate: Deborah A. Robinson<br>Deck Type: Contract |

## LCvR 7.1 CORPORATE DISCLOSURE

I, the undersigned, counsel of record for Johnson Controls, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Johnson Controls, Inc., which have outstanding securities in the hands of the public.

NONE.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted this 6th day of September, 2005.

Attorney of Record

**ADORNO & YOSS LLC**

_/s/ Thomas L. Patterson_
Thomas L. Patterson
D.C. Bar No. 392,329
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.

Of Counsel
Deborah S. Butera, Esq.
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia  30309
Tel: (404) 347-8300
Fax: (404) 347-8395