UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.C. f/u/b/o HAISLIP CORPORATION | * | |
| Plaintiff, | * | Case No.: 1:05CV01049 |
| v. | * | Judge: James Robertson |
| OHIO CASUALTY INSURANC COMPANY | * | Magistrate Judge: Robinson |
| Defendant/Third-Party Plaintiff and Counter Defendant | * | |
| | * | Deck Type: Contract |
| v. | * | |
| JOHNSON CONTROLS, INC. | * | |
| Third-Party Defendant/Counter Plaintiff and Fourth Party Plaintiff, | * | |
| v. | * | |
| JONES & WOOD, INC. | * | |
| Fourth Party Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO CONTINUE MEDIATION**

COME NOW, Haislip Corporation, Ohio Casualty Insurance Company, Johnson Controls, Inc., and Jones & Wood, by through their undersigned counsel, all parties to this action, and pursuant to the Federal Rules of Civil Procedure 6(b), for good cause described below, hereby moves for a continuance of the Mediation. Counsel for all parties consent and agree to the relief requested in this motion.

By Order dated August 23, 2005, the Honorable James Robertson referred this matter to Magistrate Judge Deborah A. Robinson [Docket No.: 13] for mediation. On September 7, 2005, Judge Robinson set the mediation for September 28, 2005. On or about the same date, Third-Party Defendant Johnson Controls, Inc. filed its Crossclaim against Defendant/Third Party

Plaintiff Ohio Casualty Insurance Company [Docket No.: 14] and filed a Fourth-Party Complaint against Jones & Wood, Inc. [Docket No.: 15]. Because of the issues/controversies recently brought to light in the new pleadings, this matter is not ripe for mediation by September 28, 2005. As a result thereof, the parties hereby request a brief continuance of the mediation. The parties respectfully request this Honorable Court continue the mediation to Monday, October 17, 2005, at 3:00 p.m.

**WHEREFORE**, the parties respectfully request this Honorable Court continue the Mediation from September 28, 2005, at 2:00 p.m. to October 17, 2005, at 3:00 p.m.

| | |
|---|---|
| **Dated:    September 20, 2005** | **Respectfully Submitted,** |
| /s/ Seth A. Robbins | /s/ Rebecca L. Taylor |
| Seth A. Robbins, Bar No.: 471812<br>QUAGLIANO & SEEGER, P.C.<br>2620 P Street, NW<br>Washington, DC 20007<br>Tel: (202) 822-8838<br>Fax: (202) 822-6982<br>e-mail: Robbins@quagseeg.com<br>**Counsel for Haislip Corporation** | Rebecca L. Taylor, Bar No.: 443401<br>LEFTWICH & LUDAWAY, LLC<br>1400 K Street, NW., Suite 1000<br>Washington, DC 20005<br>Tel: (202) 434-9100<br>Fax: (202) 783-3420<br>e-mail: rtaylor@leftwichlaw.com<br>**Counsel for Jones & Wood, Inc.<br>    and Ohio Casualty Insurance Co.** |

/s/ Thomas L. Peterson

Thomas L. Peterson, Bar No.: 392329
ADORNO & YOSS, LLP
1000 Vermont Avenue
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 408-7677
e-mail: tpeterson@adorno.com
**Counsel for Johnson Controls, Inc.**