UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA FOR THE<br>USE AND BENEFIT OF HAISLIP CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-Party<br>    Plaintiff,<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:05CV01049 JR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

WILL THE CLERK of the Court please enter the appearances of Rebecca L. Taylor, Esquire and Mark Guberman, Esquire as co-counsel for Jones & Wood, Inc. in the above-captioned matter.

                                                      Respectfully submitted,

                                                      **LEFTWICH & LUDAWAY, LLC**

                                                      /S/
                                         _____
                                         Rebecca L. Taylor (#443401)
                                         Mark S. Guberman (#442683)
                                         1400 K Street, NW
                                         Suite 1000
                                         Washington, DC 20005-2403
                                         (202) 434-9100 (voice)
                                         (202) 783-3420 (facsimile)

September 26, 2005

                                                     *Counsel for Jones & Wood, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2005, a copy of the Notice of Appearance was served electronically and by first-class mail, postage prepaid, on:

Seth A. Robbins, Esquire
Fred A. Medicinio, Esquire
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007

Thomas L. Patterson, Esquire
Adorno & Yoss LLC
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005

/S/
_____
Rebecca L. Taylor