UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA FOR THE USE AND BENEFIT OF HAISLIP CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-Party Plaintiff,<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | Case No. 1:05CV01049 JR |

**CONSENT MOTION TO STAY RESPONSES TO CROSS CLAIM
AND FOURTH-PARTY COMPLAINT PENDING COMPLETION OF ADR**

Defendant/Third-Party Plaintiff Ohio Casualty ("Ohio Casualty") and Fourth-Party Defendant Jones & Wood, Inc. ("Jones & Wood"), pursuant to LCvR 7 and by consent of Third-Party Defendant/Fourth-Party Johnson Controls, Inc. ("Johnson Controls"), file the instant motion to stay their responses to Johnson Controls' Cross-Claim and Fourth-Party Complaint pending alternative dispute resolution (mediation) currently scheduled for October 17, 2005. In support of the instant motion, Ohio Casualty and Jones & Wood rely on the attached Statement of Points and Authorities.

WHEREFORE the foregoing reasons, Ohio Casualty and Jones & Wood request that their responses to the Cross Claim and Fourth-Party Complaint be stayed until 15 days after the completion of mediation.

                                                Respectfully submitted,

                                                **LEFTWICH & LUDAWAY, LLC**

                                                /S/

                                                _____

                                                Rebecca L. Taylor (#443401)
                                                Mark S. Guberman (#442683)
                                                1400 K Street, NW
                                                Suite 1000
                                                Washington, DC 20005-2403
                                                (202) 434-9100 (voice)
September 26, 2005                              (202) 783-3420 (facsimile)

                                                ***Counsel for Jones & Wood, Inc.***


## **CERTIFICATION**

I hereby certify that on September 23, 2005, I obtained consent from Johnson Controls' counsel for the relief sought herein.

                                                /S/

                                                _____
                                                Rebecca L. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2005, a copy of the Consent Motion to Stay Responses to Cross Claim and Fourth-Party Complaint Pending Completion of ADR was served electronically and by first-class mail, postage prepaid, on:

Seth A. Robbins, Esquire
Fred A. Medicinio, Esquire
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007

Thomas L. Patterson, Esquire
Adorno & Yoss LLC
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005

/S/
_____
Rebecca L. Taylor

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA FOR THE<br>USE AND BENEFIT OF HAISLIP CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-Party<br>    Plaintiff,<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | Case No. 1:05CV01049 JR |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO STAY RESPONSES TO CROSS CLAIM
AND FOURTH-PARTY COMPLAINT PENDING COMPLETION OF ADR**

Defendant/Third-Party Plaintiff Ohio Casualty ("Ohio Casualty") and Fourth-Party Defendant Jones & Wood, Inc. ("Jones & Wood"), in support of their Consent Motion, state as follows:

An Initial Scheduling Conference was held in this matter on August 23, 2005. At that time, Haislip Corporation and Ohio Casualty requested that the matter be assigned to ADR as soon as possible. On August 29, this honorable Court referred the case to mediation with Magistrate Judge Deborah Robinson which is scheduled for October 17, 2005. On September 6, 2005, Johnson Controls filed its answer, cross claim, and Fourth-Party Complaint.

Inasmuch as it was the parties' desire at the time the request for ADR was made to avoid any unnecessary litigation in this matter, the parties will be well served to stay further litigation

in this case, pending the outcome of mediation. To the extent the parties are unable to reach a resolution during mediation, no party will have been prejudiced by the temporary stay, particularly since no other dates have been set for this matter. Further, Ohio Casualty and Jones & Wood are requesting a reasonable period of time within which to respond to Johnson Controls' pleadings in the event further litigation is required.

WHEREFORE, the foregoing reasons, Ohio Casualty and Jones & Wood request to stay their responses until 15 days after the completion of mediation.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

/S/

---

Rebecca L. Taylor (#443401)
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005-2403
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

September 26, 2005

*Counsel for Jones & Wood, Inc.*