# United States District Court

FOR THE **DISTRICT OF** COLUMBIA

**PLAINTIFF**

JOHNSON CONTROLS, INC.,
  Third-Party Defendant/Fourth-Party Plaintiff,

V. DEFENDANT AND THIRD PARTY PLAINTIFF

OHIO CASUALTY INSURANCE COMPANY

FOURTH ~~THIRD~~ **PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05CV01049-JR-DAR

V. ~~THIRD~~ FOURTH PARTY DEFENDANT

JONES & WOOD, INC.,

TO: (Name and address of Third Party defendant)
  Natalie O. Ludaway (registered agent)
  1400 K. Street, N.W. Suite, 1000
  Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Thomas L. Peterson, Esq.<br>ADORNO & YOSS, LLC<br>1000 Vermont Avenue, NW<br>Suite 450<br>Washington, DC 20005<br>Telephone: 202-408-5700<br>Facsimile: 202-408-7677 | Rebecca L. Taylor, Esq.<br>Keri V. Smolka, Esq.<br>LEFTWICH & LUDAWAY, LLC<br>1400 K. Street, NW, Suite 1000<br>Washington, D.C. 20005<br>Telephone: 202-434-9100<br>Facsimile: 202-783-3420 |

an answer to the ~~third~~ FOURTH-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ~~third~~ FOURTH-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the ~~third~~ FOURTH-party plaintiff.

**NANCY M. MAYER-WHITTINGTON**
CLERK

*(signature)*
(BY) DEPUTY CLERK

SEP 2 6 2005
DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE September 26, 2005 |
| NAME OF SERVER Thomas L. Peterson | TITLE Counsel for Fourth Party Plaintiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third~~ Fourth-party defendant. Place where served: 1400 K Street, NW, Suite 1000, Washington, D.C. 20005

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| None | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-26-05
            Date

Signature of Server  /s/ Thomas L. Peterson

Address of Server
Adorno & Yoss, LLP
1000 Vermont Avenue, NW
Suite 420
Washington, DC 20005
Telephone: 202-408-5700
Facsimile: 202-408-7677

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.