**ADORNO & YOSS LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, Suite 450
Washington, DC 20005
Telephone: (202) 408-5700
Facsimile: (202) 408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.
        Third-Party Defendant/Fourth-Party Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA                                :
FOR THE USE AND BENEFIT OF                          :
HAISLIP CORPORATION,                                :
                                                    :
        Plaintiff,                                  :
                                                    :    Case No. 1:05CV01049
v.                                                  :    Judge: James Robertson
                                                    :    Magistrate: Deborah A. Robinson
OHIO CASUALTY INSURANCE COMPANY,                    :    Deck Type: Contract
                                                    :
v.                                                  :
                                                    :
        Defendant/Third-Party Plaintiff,            :
                                                    :
v.                                                  :
                                                    :
JOHNSON CONTROLS, INC.,                             :
                                                    :
        Third-Party Defendant/Fourth-Party          :
        Plaintiff,                                  :
                                                    :
v.                                                  :
                                                    :
JONES & WOOD, INC.,                                 :
                                                    :
        Fourth-Party Defendant.                     :

## MOTION TO APPEAR PRO HAC VICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW the Third-Party Defendant/Fourth-Party Plaintiff Johnson Controls, Inc. (hereinafter "JCI"), and moves the Court for an Order granting leave for Deborah Sue Butera to appear in this case on behalf of JCI, and as grounds shows the Court as follows:

1.

Ms. Butera currently practices law with the law firm of Adorno & Yoss LLC, 1349 W. Peachtree Street, NE, Suite 1500, Atlanta, Georgia 30309. Ms. Butera has been licensed to practice law in the State of Georgia and Ohio, and is admitted to practice before the United States District Court, Northern District of Georgia; United States District Court, Northern and Southern Districts of Ohio; United States District Court, Western District of Michigan; the United States Courts of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits; United States Supreme Court; United States Tax Court;  Supreme Court of Ohio; Georgia Supreme Court; Georgia Court of Appeals; and the Georgia State and Superior Courts. Ms. Butera's State Bar of Georgia Number is 100217.

2.

Ms. Butera has read and is familiar with the local rules of the United States District Court for the District of Columbia, and will conduct herself according to the high standards required by this Court of attorneys who practice before this Court.  She acknowledges that by accepting admission to this Court that she is subjecting herself to the discipline of this Court.

2

3.

JCI would like Ms. Butera to have the special permission of this Court to appear in this case because of her familiarity with the matters at issue, because she has performed legal work on behalf of JCI in various matters, and because she is familiar with its business.

4.

This Motion is brought in the interest of economy for the client and so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Third-Party Defendant/Fourth-Party Plaintiff Johnson Controls, Inc. prays that Ms. Butera be granted leave to appear pro hac vice before this Court in this case.

Respectfully submitted.

ADORNO & YOSS LLC

Thomas L. Peterson, Esq.
District of Columbia Bar No.: 392329
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Telephone: (202) 408-5700
Facsimile: (202) 312-0606

*OF COUNSEL:*

ADORNO & YOSS LLC
Deborah S. Butera
Georgia Bar No. 100217

Two Midtown Plaza
1349 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 347-8300
Facsimile: (404) 347-8395

{409678.0025/A0015300_1}

**ADORNO & YOSS LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, Suite 450
Washington, DC 20005
Telephone: (202) 408-5700
Facsimile: (202) 408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.
        Third-Party Defendant/Fourth-Party
        Party

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA FOR THE USE AND BENEFIT OF HAISLIP CORPORATION, | : : | |
| | : | |
| Plaintiff, | : : | |
| | : | Case No. 1:05CV01049 |
| v. | : | Judge: James Robertson |
| | : | Magistrate: Deborah A. Robinson |
| OHIO CASUALTY INSURANCE COMPANY, | : | Deck Type: Contract |
| | : | |
| v. | : : | |
| | : | |
| Defendant/Third-Party Plaintiff, | : : | |
| | : | |
| v. | : : | |
| | : | |
| JOHNSON CONTROLS, INC., | : : | |
| | : | |
| Third-Party Defendant/Fourth-Party Plaintiff,          . | : : : | |
| | : | |
| v. | : : | |
| | : | |
| JONES & WOOD, INC., | : : | |
| | : | |
| Fourth-Party Defendant. | : | |

5

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

On this day, came on for consideration the Motion to Appear Pro Hac Vice of Deborah Sue Butera. The Court, after considering said Motion, finds that said Motion should be, in all things, granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Motion to Appear Pro Hac Vice of Deborah Sue Butera is hereby GRANTED.

Signed on this the ____day of _____, 2005.

_____
HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

6



**Supreme Court**
**State of Georgia**

STATE JUDICIAL BUILDING

**Atlanta 30334**

NORMAN S. FLETCHER, CHIEF JUSTICE
LEAH WARD SEARS, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
    JUSTICES

SHERIE M. WELCH, CLERK
WM. SCOTT HENWOOD, REPORTER

September 13, 2005

      I hereby certify that Deborah Sue Butera, Esq., was admitted on the 12th day of

October, 2000, as a member of the bar of the Supreme Court of Georgia, the highest court

of this State; and, since that date she has been and is now a member of this bar in good

standing, as appears from the records and files in this office.

      Witness my signature and the seal of this Court hereto

affixed the day and year first above written.

*Jeanette Eidson*

Deputy Clerk, Supreme Court of Georgia

**ADORNO & YOSS LLP**
Thomas L. Peterson (Bar No. 392,329)
1000 Vermont Avenue, Suite 450
Washington, DC 20005
Telephone:  (202) 408-5700
Facsimile:  (202) 408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.
    Third-Party Defendant/Fourth-Party Plaintiff


## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA FOR THE USE         :
AND BENEFIT OF HAISLIP CORPORATION,      :
                                         :
        Plaintiff,                       :
                                         :   Case No. 1:05CV01049
v.                                       :   Judge: James Robertson
                                         :   Magistrate:  Deborah A. Robinson
OHIO CASUALTY INSURANCE COMPANY,         :   Deck Type: Contract
                                         :
v.                                       :
                                         :
        Defendant/Third-Party Plaintiff, :
                                         :
v.                                       :
                                         :
JOHNSON CONTROLS, INC.,                  :
                                         :
        Third-Party Defendant/Fourth-Party :
        Plaintiff,                       :
                                         :
v.                                       :
                                         :
JONES & WOOD, INC.,                      :
                                         :
        Fourth-Party Defendant.          :

STATE OF GEORGIA          }
                          }
COUNTY OF FULTON          }

## AFFIDAVIT OF DEBORAH SUE BUTERA
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

Deborah Sue Butera being first duly sworn, deposes and says under oath:

1.

I am duly admitted to practice and am in good standing in the States of Georgia and Ohio.

2.

No disciplinary proceedings or criminal proceedings have been instituted against me.

3.

I am a partner at the law firm of Adorno & Yoss LLC, located at 1349 W. Peachtree Street, NE, Suite 1500, Atlanta, Georgia 30309.

4.

I am licensed to practice law in the State of Georgia.  My State Bar of Georgia Number is 100217.  I am licensed to practice law in the State of Georgia and Ohio, and is admitted to practice before the United States District Court, Northern District of Georgia; United States District Court, Northern and Southern Districts of Ohio; United States District Court, Western District of Michigan; the United States Courts of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits; United States Supreme Court; United States Tax Court;  Supreme Court of Ohio; Georgia Supreme Court; Georgia Court of Appeals; and the Georgia State and Superior Courts.

5.

I have never been admitted *pro hac vice* to the United States Court for the District of Columbia.

6.

I have not engaged in the practice of law from an office located in the District of Columbia.

7.

I am not a member of, nor do I have an application for membership pending in the United States Court for the District of Columbia.

FURTHER AFFIANT SAYETH NOT.

_____
DEBORAH SUE BUTERA

Sworn and subscribed to before me
this _14th_ day of September, 2005

_____
Notary Public

My Commission Expires: _1/28/2009_