## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **D.C. f/u/b/o HAISLIP CORPORATION** | * | |
| **Plaintiff,** | * | **Case No.: 1:05CV01049** |
| **v.** | * | **Judge:  James Robertson** |
| **OHIO CASUALTY INSURANC COMPANY** | * | **Magistrate Judge: Robinson** |
| **Defendant/Third-Party Plaintiff and Counter Defendant** | * | |
| | * | **Deck Type: Contract** |
| **v.** | * | |
| **JOHNSON CONTROLS, INC.** | * | |
| **Third-Party Defendant/Counter Plaintiff and Fourth Party Plaintiff,** | * | |
| **v.** | * | |
| **JONES & WOOD, INC.** | * | |
| **Fourth Party Defendant.** | * | |

*     *     *     *     *     *     *     *     *     *     *     *     *     *

## CONSENT MOTION TO CONTINUE MEDIATION

COME NOW, Haislip Corporation, Ohio Casualty Insurance Company, Johnson Controls, Inc., and Jones & Wood, by through their undersigned counsel, all parties to this action, and pursuant to the Federal Rules of Civil Procedure 6(b), for good cause described below, hereby moves for a continuance of the Mediation.  Counsel for all parties consent and agree to the relief requested in this motion.

By Order dated August 23, 2005, the Honorable James Robertson referred this matter to Magistrate Judge Deborah A. Robinson [Docket No.: 13] for mediation.  On September 7, 2005, Judge Robinson set the mediation for September 28, 2005.  On or about the same date, Third-Party Defendant Johnson Controls, Inc. filed its Crossclaim against Defendant/Third Party

Plaintiff Ohio Casualty Insurance Company [Docket No.: 14] and filed a Fourth-Party Complaint against Jones & Wood, Inc. [Docket No.: 15].    Because of the issues/controversies brought to light in the new pleadings, on September 21, 2005, the parties filed a consent motion to continue the mediation [Docket No.: 16].  By Minute Order dated September 23, 2005, Judge Robinson continued the mediation to October 20, 2005, at 9:30am.  Because of an internal scheduling conflict, by Minute Order dated October 19, 2005, Judge Robinson cancelled the October 20, 2005, mediation and rescheduled it for November 7, 2005.

Unfortunately, the parties are not available on November 7, 2005.  As such, the parties hereby request a brief continuance of the mediation. The parties respectfully request this Honorable Court continue the mediation to Thursday, December 1, 2005, at 9:30 a.m.

**WHEREFORE**, the parties respectfully request this Honorable Court continue the Mediation from November 7, 2005, at 2:00 p.m. to December 1, 2005, at 9:30 a.m.

**Dated:          October 31, 2005**                          **Respectfully Submitted,**


*/s/ Seth A. Robbins*                                          */s/ Rebecca L. Taylor*
_____                                       _____
Seth A. Robbins, Bar No.: 471812                              Rebecca L. Taylor, Bar No.: 443401
QUAGLIANO & SEEGER, P.C.                                      LEFTWICH & LUDAWAY, LLC
2620 P Street, NW                                             1400 K Street, NW., Suite 1000
Washington, DC 20007                                          Washington, DC 20005
Tel: (202) 822-8838                                           Tel: (202) 434-9100
Fax: (202) 822-6982                                           Fax: (202) 783-3420
e-mail: Robbins@quagseeg.com                                  e-mail: rtaylor@leftwichlaw.com
**Counsel for Haislip Corporation**                           **Counsel for Jones & Wood, Inc.**
                                                                **and Ohio Casualty Insurance Co.**


*/s/ Thomas L. Peterson*
_____
Thomas L. Peterson, Bar No.: 392329
ADORNO & YOSS, LLP
1000 Vermont Avenue
Suite 450

Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 408-7677
e-mail: tpeterson@adorno.com
**Counsel for Johnson Controls, Inc.**