PRAECIPE

# United States District Court
# for the District of Columbia

RECEIVED
DEC 1 - 2005
CHAMBERS OF
MAGISTRATE JUDGE ROBINSON

the __1st__ day of __December__ __2005__

__HAISLIP CORPORATION__
vs.
__OHIO CASUALTY INS. CO., et.al.__

Civil / Criminal
Action No. __1:05CV01049__

THE PARTIES HAVE AGREED ~~The Clerk of said Court will~~ THAT JOHNSON CONTROLS WILL PAY HAISLIP CORP. THE SUM OF $75,000 IN FULL SETTLEMENT OF HAISLIP'S CLAIMS IN THIS ACTION, WITH PAYMENT TO BE MADE WITHIN SEVEN DAYS OF THE DATE OF THIS NOTICE. THE JOHNSON & HAISLIP ~~PARTIES~~ AGREE TO MUTUALLY RELEASE ONE ANOTHER FROM ANY + ALL CLAIMS THAT WERE THE SUBJECT OF THIS ACTION OR IN ANY WAY RELATED TO THE UNDERLYING PROJECT. UPON HAISLIP'S RECEIPT OF PAYMENT, HAISLIP WILL DISMISS ITS CLAIMS IN THE ACTION WITH PREJUDICE.

__12/1/05__
Date

__[signature]__
Signature

__11/27/46__ [bar no.]
BAR IDENTIFICATION NO.

__Scott C. [signature]__
Print Name

Seen and Agreed:

__Quagliano & Seeger PC.__
__21355 Ridgetop Circle, Suite 10__
Address

__Rebecca L. Taylor__
ON BEHALF OF OHIO CASUALTY INS. CO.
#443401

__Dulles__   __VA__   __20166__
City   State   Zip Code

__(571) 434-7596__
Phone Number

__[signature]__
ON BEHALF OF JOHNSON
CONTROLS, INC.

CERTIFICATE OF SERVICE