UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA FOR THE USE AND BENEFIT OF HAISLIP CORPORATION,** : <br><br> Plaintiff, : <br><br> v. : <br><br> **OHIO CASUALTY INSURANCE COMPANY,** : <br><br> v. : <br><br> Defendant/Third-Party Plaintiff, : <br><br> v. : <br><br> **JOHNSON CONTROLS, INC.,** : <br><br> Third-Party Defendant/Fourth-Party Plaintiff, : <br><br> v. : <br><br> **JONES & WOOD, INC.,** : <br><br> Fourth-Party Defendant. : | Case No. 1:05CV01049 <br> Judge: James Robertson <br> Deck Type: Contract |

## PRAECIPE

The Clerk of Court will please note that Johnson Controls, Inc., Ohio Casualty Insurance Company, and Jones & Wood, Inc. have reached a settlement of their respective claims against each other. The parties are finalizing the settlement terms and will submit a Praecipe of Dismissal once the terms are agreed upon.

**[SIGNATURE TO FOLLOW ON THE NEXT PAGE]**

{509678.0063/A0027903_1}

Respectfully Submitted,

\*  *[signature]*                 *[signature]*

Rebecca L. Taylor (#443401)  
Leftwich & Ludaway, LLC  
1400 K Street, NW  
Suite 1000  
Washington, DC 20005-2403  
Tel: (202) 434-9100  
Fax: (204) 783-3420  
*Counsel for Jones & Woods, Inc.*  
*and Ohio Casualty Insurance Company*

\* Signed with express permission

Thomas L. Patterson  
D.C. Bar No. 39232  
Adorno & Yoss, LLC  
1000 Vermont Avenue, NW  
Suite 450  
Washington, DC 20005  
Tel: (202) 408-5700  
Fax: (202) 312-0606  

Deborah S. Butera, Esq.  
Georgia Bar No. 100217  
Roxann S. Smithers  
Georgia Bar No.: 665055  
Adorno & Yoss, LLC  
Two Midtown Plaza, Suite 1500  
1349 W. Peachtree Street, NW  
Atlanta, Georgia 30309  
Tel: (404) 347-8300  
Fax: (404) 347-8395  
*Counsel for Johnson Controls, Inc.*