UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**<br>**FOR THE USE AND BENEFIT OF**<br>**HAISLIP CORPORATION**<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**OHIO CASUALTY INSURANCE COMPANY,**<br>**et. al.**<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No.: 1:05CV01049<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, the District of Columbia for the Use and Benefit of Haislip Corporation ("Haislip") and moves this Court for Summary Judgment in its favor against third party defendant Johnson Controls, Inc. ("JCI") in the amount of $75,000, plus interest and attorneys fees, due to JCI's breach of a settlement agreement memorialized in a Praecipe executed by counsel and filed with this Court. The grounds for Haislip's Motion are set forth in detail in the attached Memorandum in Support of this Motion.

**Dated: December 23, 2005**　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**QUAGLIANO & SEEGER, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Seth A. Robbins
　　　　　　　　　　　　　　　　　　　　　　　　Seth A. Robbins, Bar No.: 471812
　　　　　　　　　　　　　　　　　　　　　　　　2620 P Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　　　　　Tel. (202) 822-8838
　　　　　　　　　　　　　　　　　　　　　　　　Fax. (202) 822-6982

e-mail: Robbins@quagseeg.com
**Counsel for Plaintiff**
**Haislip Corporation**