PRAECIPE

# United States District Court
# for the District of Columbia

the __1st__ day of __December__ __2005__

HAISLIP CORPORATION
vs.
OHIO CASUALTY INS. CO., et. al.

Civil / Criminal Action No. __1:05CV01049__

THE PARTIES HAVE AGREED ~~The Clerk of said Court will~~ THAT JOHNSON CONTROLS WILL PAY HAISLIP CORP. THE SUM OF $75,000 IN FULL SETTLEMENT OF HAISLIP'S CLAIMS IN THIS ACTION, WITH PAYMENT TO BE MADE WITHIN SEVEN DAYS OF THE DATE OF THIS NOTICE. JOHNSON & HAISLIP ~~Parties~~ AGREE TO MUTUALLY RELEASE ONE ANOTHER FROM ANY & ALL CLAIMS THAT WERE THE SUBJECT OF THIS ACTION OR IN ANY WAY RELATED TO THE UNDERLYING PROJECT. UPON HAISLIP'S RECEIPT OF PAYMENT, HAISLIP WILL DISMISS ITS CLAIMS IN THE ACTION WITH PREJUDICE.

__12/1/05__
Date

__[signature]__
Signature

__407246__
BAR IDENTIFICATION NO.

__Scott C. [illegible]__
Print Name

Quagliano & Seeger P.C.
21355 Ridgetop Circle, Suite 10
Address

Dulles    VA    20166
City    State    Zip Code

(571) 434-7596
Phone Number

Seen and Agreed:

__Rebecca L. Taylor__
ON BEHALF OF OHIO CASUALTY INS. CO. #443401

__[signature]__
ON BEHALF OF JOHNSON CONTROLS, INC.

CERTIFICATE OF SERVICE

EXHIBIT 4