## Scott Hofer

| | |
|---|---|
| **From:** | Roxann Smithers [RSMITHERS@adorno.com] |
| **Sent:** | Tuesday, December 06, 2005 3:53 PM |
| **To:** | Seth A. Robbins; Scott Hofer; Fred Mendicino |
| **Cc:** | Deborah Butera |
| **Subject:** | Haislip/JCI |
| **Importance:** | High |

Gentleman,

There is some additional information that I need, in order for JCI to prepare a check, as agreed upon in mediation.

1. To whom do you want the check made payable?
2. Haislip's Tax ID Number; and
3. Quagliano & Seeger, P.C.'s Tax ID Number.

JCI is preparing the check. As I mentioned to the Fred last week, JCI does require a more formal Settlement and Release agreement in order the check to be released. I will forward the draft agreement, if not today, shortly thereafter. Please review and let either myself of Deborah Butera know if you have any questions. Thanks. Roxann.

Roxann Sherri Smithers, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza
1349 W. Peachtree St., NW
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-347-8308
Fax: 404-347-8395
rsmithers@adorno.com



EXHIBIT B

12/20/2005