## Scott Hofer

| | |
|---|---|
| **From:** | Fred Mendicino |
| **Sent:** | Tuesday, December 06, 2005 9:38 PM |
| **To:** | Roxann Smithers; Seth A. Robbins; Scott Hofer |
| **Cc:** | Deborah Butera; Jamie Haislip |
| **Subject:** | RE: Haislip/JCI |

Roxann,

The check should be made payable to Haislip Corporation. I will get the appropriate tax ID number for you. Q&S's tax ID no. is not relevant as we will not be receiving the check. I am surprised to hear that JCI is "preparing" the check when we settled this case last Thursday. Exactly how long does this take?

As for the "more formal" settlement and release, I do not mean to be difficult but this is simply unacceptable. The whole point of what we did the other day was to avoid an extended negotiation over a settlement agreement (as has happened in the past during the resolution of other Haslip/JCI disputes). I expressly told you this during our discussions the other day. I am not prepared to agree to the ongoing expenditure of attorneys fees by Haislip in order to review/finalize a _new_ agreement, particularly given the substantial discount on its claim that Haislip has already agreed to accept.

Moreover, the **only** terms we agreed to are those set forth in the document we signed at the court. JCI's representatives agreed to the adequacy of that document after discussions with you. A "more formal" agreement can only contain new terms that we did not discuss or agree upon during our settlement discussions.

JCI will not be permitted to hold up release of the settlement check in this manner. We have an enforceable settlement agreeeement, one that I might add will result in the dismissal of our claims upon our receipt of funds from JCI. Please tell your client to release the settlement funds in accordance with the terms of our agreement or we will be forced to take appropriate action with the court. Our agreement indicates that Haislip will receive the settlement funds within seven days of our execution of the settlement agreement reached on December 1, 2005. By my count, that would be this Thursday. Please let me know if you see it differently.

Fred

> -----Original Message-----
> **From:** Roxann Smithers [mailto:RSMITHERS@adorno.com]
> **Sent:** Tuesday, December 06, 2005 3:53 PM
> **To:** Seth A. Robbins; Scott Hofer; Fred Mendicino
> **Cc:** Deborah Butera
> **Subject:** Haislip/JCI
> **Importance:** High
>
> Gentleman,
>
> There is some additional information that I need, in order for JCI to prepare a check, as agreed upon in mediation.
>
> 1. To whom do you want the check made payable?
> 2. Haislip's Tax ID Number; and
> 3. Quagliano & Seeger, P.C.'s Tax ID Number.



EXHIBIT

tabbies

12/20/2005

JCI is preparing the check. As I mentioned to the Fred last week, JCI does require a more formal Settlement and Release agreement in order the check to be released. I will forward the draft agreement, if not today, shortly thereafter. Please review and let either myself of Deborah Butera know if you have any questions. Thanks. Roxann.

Roxann Sherri Smithers, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza
1349 W. Peachtree St., NW
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-347-8308
Fax: 404-347-8395
rsmithers@adorno.com

12/20/2005