## Scott Hofer

| | |
|---|---|
| **From:** | Roxann Smithers [RSMITHERS@adorno.com] |
| **Sent:** | Wednesday, December 07, 2005 5:26 PM |
| **To:** | Scott Hofer; Fred Mendicino; Seth A. Robbins |
| **Cc:** | Deborah Butera; jamieh@haislipcorp.com |
| **Subject:** | RE: Haislip/JCI |

Fred,

I left you a voicemail to discuss your email. As a follow-up and precursor to us speaking, I wanted to let you know that I understand your concerns. It was my understanding that JCI would in fact be able to get through their internal requirements and provide a check within seven days of our agreement. I take responsibility for this error. There is no attempt to prolong or avoid payment. JCI is willing and able. Various departments were in need of the information including, identification, address, and tax identification numbers for all payees, in order to generate the check. JCI has that information and the proper department is issuing the check. I simply ask that you bear with us, as I am sure you understand what goes into generating a check from a large company. Everyone is moving as fast as we can. Deborah and I have been informed that this means two additional business days for us to receive the check.

As to the settlement and release agreement: During our mediation on December 1st, I expressed to you more than once, that I believed JCI would want a formal settlement and release agreement, in addition to the praecipe. This is required to complete their files for this claim and the settlement payment. This is a standard agreement and reiterates the terms of the agreement we reached, as well as the praecipe and the standard settlement language.

I have attached the draft agreement for your review. Please feel free to note edits or concerns, should you have any. I do not believe this exchange will generate any costs or fees for client above and beyond the normal and expected final settlement tasks. Please let me know if you have any questions or concerns.

Roxann.

Roxann Sherri Smithers, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza
1349 W. Peachtree St., NW
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-347-8308
Fax: 404-347-8395
rsmithers@adorno.com

EXHIBIT

>>> "Fred Mendicino" <Mendicino@quagseeg.com> 12/6/2005 9:37:51 PM >>>
Roxann,

The check should be made payable to Haislip Corporation. I will get the appropriate tax ID number for you. Q&S's tax ID no. is not relevant as we will not be receiving the check. I am surprised to hear that JCI is "preparing" the check when we settled this case last Thursday. Exactly how long does this take?

As for the "more formal" settlement and release, I do not mean to be difficult but this is simply unacceptable. The whole point of what we did the other day was to avoid an extended negotiation over a settlement agreement (as has happened in the past during the resolution of other Haslip/JCI disputes). I expressly told

you this during our discussions the other day. I am not prepared to agree to the ongoing expenditure of attorneys fees by Haislip in order to review/finalize a **new** agreement, particularly given the substantial discount on its claim that Haislip has already agreed to accept.

Moreover, the **only** terms we agreed to are those set forth in the document we signed at the court. JCI's representatives agreed to the adequacy of that document after discussions with you. A "more formal" agreement can only contain new terms that we did not discuss or agree upon during our settlement discussions.

JCI will not be permitted to hold up release of the settlement check in this manner. We have an enforceable settlement agreeement, one that I might add will result in the dismissal of our claims upon our receipt of funds from JCI. Please tell your client to release the settlement funds in accordance with the terms of our agreement or we will be forced to take appropriate action with the court. Our agreement indicates that Haislip will receive the settlement funds within seven days of our execution of the settlement agreement reached on December 1, 2005. By my count, that would be this Thursday. Please let me know if you see it differently.

Fred

> -----Original Message-----
> **From:** Roxann Smithers [mailto:RSMITHERS@adorno.com]
> **Sent:** Tuesday, December 06, 2005 3:53 PM
> **To:** Seth A. Robbins; Scott Hofer; Fred Mendicino
> **Cc:** Deborah Butera
> **Subject:** Haislip/JCI
> **Importance:** High
>
> Gentleman,
>
> There is some additional information that I need, in order for JCI to prepare a check, as agreed upon in mediation.
>
> 1. To whom do you want the check made payable?
> 2. Haislip's Tax ID Number; and
> 3. Quagliano & Seeger, P.C.'s Tax ID Number.
>
> JCI is preparing the check. As I mentioned to the Fred last week, JCI does require a more formal Settlement and Release agreement in order the check to be released. I will forward the draft agreement, if not today, shortly thereafter. Please review and let either myself of Deborah Butera know if you have any questions. Thanks. Roxann.
>
> Roxann Sherri Smithers, Esq.
> Adorno & Yoss, LLC
> Two Midtown Plaza
> 1349 W. Peachtree St., NW
> Suite 1500
> Atlanta, Georgia 30309
> Telephone: 404-347-8308
> Fax: 404-347-8395
> rsmithers@adorno.com