## Scott Hofer

| | |
|---|---|
| **From:** | Roxann Smithers [RSMITHERS@adorno.com] |
| **Sent:** | Monday, December 12, 2005 1:59 PM |
| **To:** | Deborah Butera; Fred Mendicino |
| **Cc:** | Scott Hofer |
| **Subject:** | FW: RE: Haislip/JCI |
| **Importance:** | High |

Fred,

We have received your revised settlement agreement. We are fine with the majority of your revisions, with the exception of the confidentiality clause and the removal of Ohio Casualty's signature and the clause regarding Ohio Casualty's dismissal of its claims. I have attached the agreement with your revisions, as well as our final revisions [in bold type].

The check is ready to be overnighted from Milwaukee to either your office or directly to Haislip, pending your agreement to these final changes and Mr. Haislip's signature. I will call you to discuss. Roxann.

Roxann Sherri Smithers, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza
1349 W. Peachtree St., NW
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-347-8308
Fax: 404-347-8395
rsmithers@adorno.com


>>> "Fred Mendicino" <Mendicino@quagseeg.com> 12/9/2005 4:31 PM >>>
Deborah,

Attached please find a revised settlement agreement that restates our prior agreement and that has been executed by Haislip Corporation. This revised agreement reflects the terms agreed upon by the parties during our settlement negotiations. We are sending this executed agreement to you solely as an accomodation and under an express reservation of rights. It remains our position that the original agreement executed by the parties following our settlement conference at the Court is both binding and enforceable. Further, our transmission of this additional memorialization of our prior agreement in no way changes Haislip's position as to the enforceability of that original agreement.

In further response to your e-mail, I would also like to point out that your client's corporate policy really is not relevant to this discussion. Nevertheless, as I stated above, the parties have already executed a binding settlement agreement. Your client is presently in breach of that agreement. Please have them make payment of the settlement funds immediately.

Should JCI refuse to pay Haislip immediately, we will have no choice but to move the court for enforcement of the agreement that is already docketed and part of the record in this dispute.

Fred



EXHIBIT
6

12/20/2005

-----Original Message-----
**From:** Deborah Butera [mailto:DBUTERA@adorno.com]
**Sent:** Friday, December 09, 2005 2:59 PM
**To:** Scott Hofer
**Cc:** Roxann Smithers
**Subject:** RE: RE: Haislip/JCI

Mr. Hofer,

The settlement check has been cut and is being held in JCI's headquarters in Milwaukee pending receipt of an executed settlement agreement from Haislip. JCI corporate will NOT release the check until we have an executed settlement agreement. This is JCI's corporate policy. Please review the draft we sent you several days ago and provide comments or an executed copy. Upon execution of the agreement, your client will receive its money.

Deborah S. Butera, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street
Atlanta, Georgia  30309
404.347.8315 direct dial
404.347.8395 fax
404.592.9060 direct fax
dbutera@adorno.com

This email and any files transmitted with it are subject to the attorney-client privilege and/or work product privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error please notify the sender immediately by any means and destroy the original message.
Thank you.

>>> "Scott Hofer" <hofer@quagseeg.com> 12/9/2005 10:22:58 AM >>>
Again, we will not look at or address any document that adds terms to our agreement.

As of today you are in breach of the parties' agreement, and we will enforce the agreement as signed.

> Scott C. Hofer, Esq.
> QUAGLIANO & SEEGER, P.C.
> Lakeside at Loudon Tech Center III
> 21355 Ridgetop Circle, Suite 110
> Loudon, Virginia 20166
> Tel:  (571) 434-7590
> Fax:  (571) 434-9006
> Email: hofer@quagseeg.com
> www.quagseeg.com
>
>
> The information contained in this electronic mail is attorney-privileged and confidential information intended only for the use of the individual or entity named.  If the reader of this message is not the intended recipient (or authorized to receive for addressee), you are hereby notified that any use, disclosure, distribution or copying of this communication is strictly prohibited and may subject you to civil liability under the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you have received this communication in error, please immediately notify the sender by reply e-mail and/or by telephone and destroy the original message.

12/20/2005

>
>


-----Original Message-----
From: Roxann Smithers [mailto:rsmithers@adorno.com]
Sent: Thursday, December 08, 2005 11:55 PM
To: Scott Hofer
Cc: Deborah Butera
Subject: RE: RE: Haislip/JCI


Scott,

JCI is honoring the commitment to pay Haislip $75,000 to resolve its
claims in this litigation. Once again, I told Fred at the mediation
that I believed JCI would need a more formal agreement. This has not
come out of the blue. The process is now being prolonged on your end.
Please, review the five and a half page settlement and release agreement
and provide me with reasonable edits. If that is done, there is no need
for anyone to incur additional expense. Roxann.

Roxann Sherri Smithers, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza
1349 W. Peachtree St., NW
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-347-8308
Fax: 404-347-8395
rsmithers@adorno.com

>>> "Scott Hofer" <hofer@quagseeg.com> 12/08/05 4:31 PM >>>
This is exactly the sort of thing we wanted to avoid when we discussed
this with you. The whole point of the agreement we signed was to avoid
this kind of delay and additional expense. You client expressly agreed
that additional documents would not be necessary before we signed the
agreement. Further, your proposal contained additional substantve terms
that we never discussed or agreed to. Please have JCI honor their
commitments.


    Scott C. Hofer, Esq.
QUAGLIANO & SEEGER, P.C.
Lakeside at Loudon Tech Center III
21355 Ridgetop Circle, Suite 110
Loudon, Virginia 20166
Tel:  (571) 434-7590
Fax:  (571) 434-9006
Email: hofer@quagseeg.com
www.quagseeg.com


    The information contained in this electronic mail is
attorney-privileged and confidential information intended only for the
use of the individual or entity named. If the reader of this message is

12/20/2005

not the intended recipient (or authorized to receive for addressee), you are hereby notified that any use, disclosure, distribution or copying of this communication is strictly prohibited and may subject you to civil liability under the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you have received this communication in error, please immediately notify the sender by reply e-mail and/or by telephone and destroy the original message.


-----Original Message-----
From: Roxann Smithers [mailto:RSMITHERS@adorno.com]
Sent: Thursday, December 08, 2005 3:29 PM
To: Scott Hofer
Subject: Fwd: RE: Haislip/JCI


Scott,

To follow-up on our call last night. JCI is not willing to strike all of the terms in the settlement agreement. I encourage you to take the time to review the draft, which, aside from the recitals and the signature page, is five and half pages of substantive text. This will take far less time than any other response you have proposed. Please let me know where the issue stands with Fred.  Roxann.

Roxann Sherri Smithers, Esq.
Adorno & Yoss, LLC
Two Midtown Plaza
1349 W. Peachtree St., NW
Suite 1500
Atlanta, Georgia 30309
Telephone: 404-347-8308
Fax: 404-347-8395
rsmithers@adorno.com

12/20/2005