## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DISTRICT OF COLUMBIA**<br>**FOR THE USE AND BENEFIT OF**<br>**HAISLIP CORPORATION** | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civ. Action No.: 1:05CV01049 |
| v. | ) ) ) | |
| **OHIO CASUALTY INSURANCE COMPANY,**<br>**et. al.** | ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

## DECLARATION OF JAMES HAISLIP

1.      I, James Haislip, am over eighteen years of age and am competent to testify with respect to all matters stated herein.

2.      I am the President of Haislip Corporation ("Haislip") and have been at all times relevant hereto.

3.      On December 1, 2005, I attended a settlement conference before the Honorable Judge Deborah A. Robinson in an attempt to resolve a controversy that arose from Haislip's performance under a subcontract with Johnson Controls, Inc. ("JCI") on the DC Jail Project.

4.      Rusty Tucker was present at this settlement conference on behalf of JCI as its district or regional manager.

5.      In my capacity as President of Haislip, I have had dealings in the past with Mr. Tucker in his capacity as a representative of JCI.

6.      In these prior dealings Mr. Tucker has held himself out to be a district or regional Manager for JCI.

7.      Mr. Tucker and I have engaged in discussions to resolve disputes on several construction projects.

8.      Mr. Tucker has represented himself to me as having authority on behalf of JCI to settle Haislip's claims on the DC Jail and other projects.

9.      In fact, Mr. Tucker made a prior settlement offer to me concerning Haislip's claims related to the DC Jail Project that preceded the settlement conference held before the court on December 1, 2005.

**I SOLEMNLY AFFIRM UNDER PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE, THAT THE CONTENTS OF THE ABOVE DECLARATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Executed on:  December 23, 2005

_/s/ James Haislip_____
James Haislip
President, Haislip Corporation

2