UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DISTRICT OF COLUMBIA FOR THE USE AND BENEFIT OF HAISLIP CORPORATION** | ) ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Civ. Action No.: 1:05CV01049 |
| v. | ) ) ) | |
| **OHIO CASUALTY INSURANCE COMPANY, et. al.** | ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

## DECLARATION OF FRED MENDICINO

1.      I, Fred Mendicino, am over eighteen years of age and am competent to testify with respect to all matters stated herein.

2.      I am an attorney with the law firm of Quagliano & Seeger, P.C. and have been at all times relevant hereto.

3.      On December 1, 2005, I attended a settlement conference in this action on behalf of Haislip Corporation ("Haislip").

4.      During that settlement conference the parties reached an agreement that resolved Haislip's claims.

5.      The parties memorialized the terms of this settlement in a Praecipe.

6.      Before counsel executed the Praecipe on behalf of their respective clients, and in order to avoid further payment delays to Haislip, I had a conversation with JCI's counsel in which I communicated Haislip's demand that the Praecipe serve as the sole

document memorializing the parties' settlement agreement.  Counsel for JCI stated that she did not know if JCI would require an additional settlement document to be prepared. I expressly stated to JCI's counsel that Haislip would not agree to the preparation of an additional settlement document due to the potential delay and expense involved and requested that she get her client's consent that the Praecipe serve as the sole settlement document.

7.    Immediately following this conversation, JCI's counsel conferred privately with her client.

8.    Immediately thereafter, counsel for JCI indicated that her client agreed that the Praecipe would serve as the sole document memorializing the parties' settlement agreement.

9.    Following JCI's agreement concerning the need for no additional settlement documentation, the Praecipe was executed by Scott C. Hofer as counsel for Haislip, Roxann Smithers as counsel for JCI and Rebecca L. Taylor as counsel for Ohio Casualty and filed with the court.

10.    The parties discussed no additional settlement terms at the settlement conference other than those set forth in the Praecipe.

**I SOLEMNLY AFFIRM UNDER PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE, THAT THE CONTENTS OF THE ABOVE DECLARATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Executed on:  December 23, 2005

_/s/ Fred A. Mendicino_
Fred A. Mendicino

2