UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA FOR THE USE AND BENEFIT OF HAISLIP CORPORATION**<br><br>Plaintiff,<br><br>v.<br><br>**OHIO CASUALTY INSURANCE COMPANY, et. al.**<br><br>Defendant. | Civ. Action No.: 1:05CV01049 |

## PROPOSED ORDER

**THIS MATTER CAME BEFORE THE COURT** upon Plaintiff, the District of Columbia for the Use and Benefit of Haislip Corporation's ("Haislip") Motion for Summary Judgment; and

**UPON CONSIDERATION WHEREOF** and the Opposition thereto and oral arguments thereon, it is this ____ day of _____, 2005, hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment be, and hereby is, **GRANTED IN ITS ENTIRETY**; and it is further

**ORDERED** that judgment be entered against the Defendant Johnson Controls, Inc. ("JCI") in the amount of amount of $75,000, plus interest and attorneys fees.

**SO ORDERED.**

_____
Judge,
United States District Court for the District of Columbia