UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>v.<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-Party<br>    Plaintiff,<br><br>v.<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 1:05CV01049<br>:  Judge: James Robertson<br>:  Deck Type: Contract<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JOHNSON CONTROLS, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Johnson Controls, Inc. ("JCI"), Third-Party Defendant and Fourth-Party Plaintiff in the above referenced matter, and files its Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment ("Motion") moving this Court to grant JCI ten (10) additional days to respond to the Plaintiff Haislip Corporation's ("Haislip") Motion for Summary Judgment on the grounds that JCI's lead counsel did not receive Haislip's Motion until six days after it was filed:

{509678.0063/A0029911_2}

1.

On the afternoon of Friday, December 23, 2005, counsel for Haislip filed a Motion for Summary Judgment, eleven (11) days after Haislip's counsel stopped responding to JCI's counsel's communications regarding the settlement agreement brought to issue by Haislip's Motion.

2.

Pursuant to Local Rule 7.1 for the District Court for the District of Columbia, JCI has eleven (11) days to respond in opposition of the motion. The eleven (11) days include Saturday December 24, 2005 (Christmas Eve), Sunday December 25, 2005 (Christmas), Monday December 26, 2005 (the official federal and office holiday), Saturday, December 31, 2006 (New Year's Eve), Sunday January 1, 2006 (New Years) and Monday January 2, 2006 (the official federal and office holiday) and only constitutes five (5) business days.

3.

As a result of the timing of Plaintiff's Motion for Summary Judgment and the holiday season, JCI's lead counsel did not receive the Motion until the evening of December 29, 2005. JCI's local counsel Thomas Peterson was electronically served on Friday December 23, 2005 but did not have actual notice of the filing until Tuesday December 27, 2005. (See December 27, 2005 email from Thomas Peterson to Roxann S. Smithers, attached as Exhibit "A"). Ms. Smithers, the attorney for JCI who attend the December 1, 2005 settlement conference and regularly corresponds with Haislip counsel, did not receive actual notice of the filing until the evening of Thursday December 29,

2005 and was not included on the December 23, 2005 electronic filing notice. (See Exhibit B, Smithers Aff., ¶ 7; *see also* Docket Record of this Court.)

4.

Given the circumstances, JCI requests that this Court extend the time it has to respond to Plaintiff's Motion for Summary Judgment for ten (10) business days.

5.

JCI's undersigned counsel contacted Haislip's counsel to confer regarding this Motion and was advised that Haislip would not consent to the requested extension.

6.

JCI has provided a Proposed Order for the Court's convenience.

Respectfully submitted this 30th day of December, 2005.

ADORNO & YOSS, LLC

*/s/ Thomas L. Peterson*
Thomas L. Peterson
D.C. Bar No. 39232
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 312-0606

Deborah S. Butera, Esq.
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055

Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia  30309
Tel: (404) 347-8300
Fax: (404) 347-8395
*Counsel for Johnson Controls, Inc.*

**From:** THOMAS PETERSON
**To:** rsmithers@adorno.com
**Date:** 12/27/2005 10:18:45 AM
**Subject:** Fwd: Activity in Case 1:05-cv-01049-JR HAISLIP CORPORATION v. OHIO CASUALTY INSURANCE COMPANY "Motion for Summary Judgment"

Roxann:

Please see attached.

Regards,
Tom

*Exhibit A*

**Roxann Smithers - Activity in Case 1:05-cv-01049-JR HAISLIP CORPORATION v. OHIO CASUALTY INSURANCE COMPANY "Motion for Summary Judgment"**

---

| | |
|---|---|
| **From:** | <DCD_ECFNotice@dcd.uscourts.gov> |
| **To:** | <DCD_ECFNotice@dcd.uscourts.gov> |
| **Date:** | 12/23/2005 2:30 PM |
| **Subject:** | Activity in Case 1:05-cv-01049-JR HAISLIP CORPORATION v. OHIO CASUALTY INSURANCE COMPANY "Motion for Summary Judgment" |

---

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Robbins, Seth Adam entered on 12/23/2005 at 2:26 PM EDT and filed on 12/23/2005

**Case Name:**    HAISLIP CORPORATION v. OHIO CASUALTY INSURANCE COMPANY
**Case Number:**    1:05-cv-1049
**Filer:**    HAISLIP CORPORATION
**Document Number:** 25

**Docket Text:**
MOTION for Summary Judgment by HAISLIP CORPORATION. (Attachments: # (1) Memorandum in Support of MSJ# (2) Exhibit A# (3) Errata B# (4) Exhibit C# (5) Exhibit D# (6) Errata E# (7) Exhibit F# (8) Exhibit G# (9) Exhibit H# (10) Exhibit I# (11) Exhibit J# (12) Affidavit Haislip# (13) Affidavit Mendicino# (14) Text of Proposed Order)(Robbins, Seth)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** I:\Clients\Haislip Corp\DC Jail\Motions\Motion for Summary Judgment.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-0]
[6e9e04f94a8e6436d25826272706b1f7141855885e8cb13acba25e8cc3fe9c80ce28
fbf87c428a551c4b26786bd0855854b4d63d7a25ae1c41b3f0e5a27e5074]]
**Document description:** Memorandum in Support of MSJ
**Original filename:** I:\Clients\Haislip Corp\DC Jail\Motions\Memorandum in Support of Motion for Summary Judgment.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-1]
[12fb5082848bd35cac9d002c3e37427236812a8a5a7b8e3dc221748628e748bd2007
892120l5b2ff2ec87988c8beca221869d0e2819510794e52bc1f184ba714]]
**Document description:** Exhibit A

**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit A - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-2]
[32e6f53fb4dcb7f392aeb27f7a92ca7bc0fbbbd7152ce1363460a58f642088de6630
fbcceb75997b5b2051287aa623df7623546bc2f1c21d9640abe2e4818916]]
**Document description:**Errata B
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit B - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-3]
[126f7f3a003563678aa33e5891ffc009ce6b2aae2c9027a783afd03228d1a1c142b3
f4225e8c4ae5877980c88ed982403eac9aca05ce4c9005406e89c474645c]]
**Document description:**Exhibit C
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit C - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-4]
[7dfda6baf15a945ea95995ae8d3f6d5662d7c41c066fdf8d078a7e454704453ca0a3
5ce8fe833325c399bdd52e53e17653fc6136169fab96e9e10491ef4eb7fd]]
**Document description:**Exhibit D
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit D - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-5]
[771b6812846a4ecf92b08852b3007f838784061bd229af2d60c5a9d38ce54afd8b6e
911dede9d5edfd3531bd3f38e23352a59b10be1f1d7115b2b822b4222de4]]
**Document description:**Errata E
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit E - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-6]
[a9bab79cd67cfec7a2d395be9af3e9e9ac7136e961200500edda4108567c5f112d86
e77b8029381d6811e512fd4ccd3d98196a6bd7af818aede149b7e84182aa]]
**Document description:**Exhibit F
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit F-M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-7]
[a229239a05352c42ee34493060d6272b557570537af86699a7717f385d897a08d7a7
0341b30f2f67286cc13d8d5c5ebb200311d7c52213243e963dec70f6936f]]
**Document description:**Exhibit G
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit G - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-8]
[8f335f4e258bc0def51725fb23cbb388b3d647193256f5a33c207bf070fa76773989
42afd271cd21562facd1b83d0fa9103d658f7db82b336c46d5efe5d98a73]]
**Document description:**Exhibit H
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit H - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-9]
[9fc1a5295f0b0e7bf016caddc449d90dfa59c2eaceeb6ef5d12f1cd1961e9f7f8fb2
e46e5dafad31924cf2784bbdb124ce0d1037b79414d6ce23bbbd417493f7]]
**Document description:**Exhibit I
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit I - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-10

] [5fb20fe197a91452d9894e260f5b38dee697c1f8ab28a1fa6ecfd6640e91ce35bbc
f0868b2813e9bc6cce1390380e9eb68a2544bb45da9e6b75eaa1d248f0fc5]]
**Document description:**Exhibit J
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Exhibit J - M4SJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-11
] [7ff159d2347cdbe3e286de0d0e432572da571037db48d19c41af8a589f799371443
9adc52108bac07e5815080ba479a7fdcb44e159ba0db78ae87a92c32771ee]]
**Document description:**Affidavit Haislip
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Haislip affidavit.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-12
] [4e48753e448cdf8b25e0abdc396b21c71d3fb9d7cc9e2bdc60bbc1b8feeb4451bdc
e16184804d228a21bb9611d179f3b435f4cd85c708720b0d45f9b060b2b85]]
**Document description:**Affidavit Mendicino
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Mendicino affidavit.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-13
] [0ac87edbd807a0921f4f6dbdbf33b5c908cea84cc8aaad57ce60ed2d67d3abf86b2
a8028ba190467139cd110990ccbfd10795dba03432244e564b8cf853b6d82]]
**Document description:**Text of Proposed Order
**Original filename:**I:\Clients\Haislip Corp\DC Jail\Motions\Proposed Order - MSJ.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/23/2005] [FileNumber=978389-14
] [11455244ec45687334fb12574426877c38a291cbc0def9e813afa4bb802f6618d15
64c3bbf636cf8f72536e5ebd53074a7a89bc1b468ca6fb4f4e222fc972710]]

**1:05-cv-1049 Notice will be electronically mailed to:**

Thomas Lee Peterson    tpeterson@adorno.com,

Seth Adam Robbins    robbins@quagseeg.com

Keri Virginia Smolka    kerismolka@hotmail.com,

Rebecca Lynn Taylor    rltaylor@leftwichlaw.com,

**1:05-cv-1049 Notice will be delivered by other means to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>v.<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-Party<br>    Plaintiff,<br><br>v.<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | Case No. 1:05CV01049<br>Judge: James Robertson<br>Deck Type: Contract<br><br><br><br><br><br><br><br><br><br>*Exhibit B* |

## DECLARATION OF ROXANN S. SMITHERS

1.     My name is Roxann S. Smithers, I am over eighteen years of age and am competent to testify with respect to all matters stated herein.

2.     I have personal knowledge of the matters testified to herein.

3.     I am an attorney with the law firm of Adorno & Yoss LLC and represent JCI in the above referenced matter.

4.     The parties to the lawsuit participated in a settlement conference on December 1, 2005 and agreed to the basic terms for a resolution of Haislip's claim

against Ohio Casualty and Ohio Casualty's claim's against JCI. I repeatedly informed Haislip's counsel that JCI would still require a formal settlement and release agreement in addition to the terms agreed to by the parties on December 1, 2005.

5. Since the date of the December 1, 2005 settlement conference, the parties have been negotiating the provisions of the formal settlement and release agreement via telephone and email. The remaining issues are the inclusion of the defendant Ohio Casualty as a signatory to the formal settlement and release agreement and the inclusion of a confidentiality provision.

6. Although my Motion for Pro Hac Vice admission is still pending with the court, I have been in continuous communication with Haislip's counsel, both before the December 1, 2005 settlement conference and after, regarding the specifics of the matter and the settlement. Haislip's counsel is aware of my role on the matter but made no attempt to notify me of the filing. This failure is also in light of my repeated attempts to inquire as to the Haislip's remaining concerns with the draft settlement agreement and its intention vis a vis the provisions. I emailed Haislip's counsel on December 12, 2005, December 14, 2005 and December 15, 2005 and received no response.

7. Due to the Christmas holiday, I did not receive actual notice of the filing until the evening of Thursday December 29, 2005.

**I SOLEMNLY AFFIRM UNDER PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE ABOVE DECLARATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

                                            /s/ Roxann S. Smithers
                                            Roxann S. Smithers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>v.<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-Party Plaintiff,<br><br>v.<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | Case No. 1:05CV01049<br>Judge: James Robertson<br>Deck Type: Contract |

## PROPOSED ORDER

This matter having come for consideration on the Third-Party Defendant/Fourth-Party Plaintiff Johnson Controls, Inc.'s ("JCI") Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that JCI's Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment is hereby **GRANTED**. JCI's Response to Plaintiff's Motion for Summary Judgment will be due on January 13, 2006.

{509678.0063/A0029911_2}                4

**SO ORDERED** this _____ day of _____, 2006.

_____
The Honorable Judge James Robertson
United States District for the District of Columbia

Prepared By:

_____
**ADORNO & YOSS, LLC**

Thomas L. Peterson
D.C. Bar No. 39232
Adorno & Yoss, LLC
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 312-0606

Deborah S. Butera, Esq.
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055
Adorno & Yoss, LLC
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia   30309
Tel: (404) 347-8300
Fax: (404) 347-8395
*Counsel for Johnson Controls, Inc.*