**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
DISTRICT OF COLUMBIA FOR THE USE  :
AND BENEFIT OF HAISLIP            :
CORPORATION,                      :
                                  :
       Plaintiff,                 :
                                  :
   v.                             :   Civil Action No. 05-1049 (JR)
                                  :
OHIO CASUALTY INSURANCE COMPANY,  :
                                  :
       Defendant.                 :
```

**ORDER REFERRING TO MEDIATION**

It is **ORDERED** that this case be referred to Magistrate Judge Robinson of this Court for further mediation. If the case has not settled, the parties are to appear before the undersigned judge for a status conference in open court on **February 2, 2006 at 4:30 p.m.**

                                             JAMES ROBERTSON
                                        United States District Judge