UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION<br><br>            Plaintiff,<br><br>      v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br>et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. Action No.: 1:05CV01049<br>)<br>) Judge: James Robertson<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please enter the appearance of Scott C. Hofer of the law firm of Quagliano & Seeger, P.C. as co-counsel for Haislip Corporation.

**Dated: January 4, 2006**          Respectfully submitted,

                                                   **QUAGLIANO & SEEGER, P.C.**

                                                   */s/ Scott C. Hofer*

                                                   _____
                                                   Scott C. Hofer, Bar No.: MD27198
                                                   2620 P Street, NW
                                                   Washington, DC 20007
                                                   Tel. (202) 822-8838
                                                   Fax. (202) 822-6982
                                                   e-mail: Hofer@quagseeg.com
                                                   **Counsel for Plaintiff Haislip Corporation**