UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION<br><br>                      Plaintiff,<br><br>               v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br>et al.<br><br>                   Defendants. | Civ. Action No.: 1:05CV01049<br><br>Judge: James Robertson |

### ENTRY OF APPEARANCE

Please enter the appearance of Scott C. Hofer of the law firm of Quagliano & Seeger, P.C. as co-counsel for Haislip Corporation.


**Dated: January 4, 2006**            Respectfully submitted,

                                            **QUAGLIANO & SEEGER, P.C.**

                                            */s/ Scott C. Hofer*

                                            _____
                                            Scott C. Hofer, Bar No.: MD27198
                                            2620 P Street, NW
                                            Washington, DC 20007
                                            Tel. (202) 822-8838
                                            Fax. (202) 822-6982
                                            e-mail: Hofer@quagseeg.com
                                            **Counsel for Plaintiff Haislip Corporation**