UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA | : | |
| FOR THE USE AND BENEFIT OF | : | |
| HAISLIP CORPORATION, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Case No. 1:05CV01049 |
| v. | : | Judge: James Robertson |
| | : | Deck Type: Contract |
| OHIO CASUALTY INSURANCE COMPANY, | : | |
| | : | |
| v. | : | |
| | : | |
| **Defendant/Third-Party Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSON CONTROLS, INC., | : | |
| | : | |
| **Third-Party Defendant/Fourth-Party Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| JONES & WOOD, INC., | : | |
| | : | |
| **Fourth-Party Defendant.** | : | |

**THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF
JOHNSON CONTROLS, INC.'S MOTION FOR LEAVE TO FILE ITS BRIEF IN
<u>OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
UNDER SEAL</u>**

Johnson Controls, Inc. ("JCI"), Third-Party Defendant and Fourth-Party Plaintiff, hereby

moves this Court for leave to file its Brief in Opposition to Plaintiff Haislip Corporation's

Motion for Summary Judgment under seal. As grounds for this motion, JCI shows the Court that

the opposition brief references a confidential agreement. Johnson Controls, Inc. seeks leave of

the Court to file its brief and the exhibits thereto under seal so as to avoid breaching its confidentiality obligations.

Respectfully submitted this 13th day of January, 2006.


___ss/Thomas L. Peterson_____
Thomas L. Peterson
D.C. Bar No. 39232
Adorno & Yoss LLC
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 312-0606

Deborah S. Butera, Esq.
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055
Adorno & Yoss LLC
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia   30309
Tel: (404) 347-8300
Fax: (404) 347-8395

*Counsel for Johnson Controls, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA** | : | |
| **FOR THE USE AND BENEFIT OF** | : | |
| **HAISLIP CORPORATION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 1:05CV01049** |
| **v.** | : | **Judge: James Robertson** |
| | : | **Deck Type: Contract** |
| **OHIO CASUALTY INSURANCE COMPANY,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Defendant/Third-Party Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHNSON CONTROLS, INC.,** | : | |
| | : | |
| **Third-Party Defendant/Fourth-Party Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JONES & WOOD, INC.,** | : | |
| | : | |
| **Fourth-Party Defendant.** | : | |

## PROPOSED ORDER

This matter having come for consideration on the Third-Party Defendant/Fourth-Party Plaintiff Johnson Controls, Inc.'s ("JCI") Motion For Leave to File Its Brief In Opposition To Plaintiff's Motion For Summary Judgment Under Seal, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that JCI's motion is **GRANTED**.

**SO ORDERED** this _____ day of January, 2006.

_____
The Honorable Judge James Robertson
United States District for the District of
Columbia

Prepared By:

_____
**ADORNO & YOSS, LLC**

Thomas L. Peterson
D.C. Bar No. 39232
Adorno & Yoss, LLC
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 312-0606

Deborah S. Butera, Esq.
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055
Adorno & Yoss, LLC
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia   30309
Tel: (404) 347-8300
Fax: (404) 347-8395
*Counsel for Johnson Controls, Inc.*