UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA <br> FOR THE USE AND BENEFIT OF <br> HAISLIP CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> OHIO CASUALTY INSURANCE COMPANY, <br><br> v. <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> JOHNSON CONTROLS, INC., <br><br> Third-Party Defendant/Fourth-Party Plaintiff, <br><br> v. <br><br> JONES & WOOD, INC., <br><br> Fourth-Party Defendant. | Case No. 1:05CV01049 <br> Judge: James Robertson <br> Deck Type: Contract |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Haislip Corporation ("Haislip"), Defendant and Third-Party Plaintiff Ohio Casualty Insurance Company ("Ohio Casualty"), Third-Party Defendant and Fourth-Party Plaintiff Johnson Controls, Inc. ("JCI"), and Fourth Party Defendant Jones & Wood, Inc. ("J&W") hereby advise the Court that Haislip has resolved its claims in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Haislip hereby dismisses with prejudice its claims

{509678.0063/A0033634_1}

in the above-styled case. Each party will bear its own attorneys' fees, expenses, and costs.

Respectfully submitted this 31st day of January, 2006.

QUAGLIANO & SEEGER, P.C.

_____
Scott C. Hofer
Bar No. MD27198
2620 P Street, NW
Washington, DC 20007
Tel: (202) 822-8838
Fax: (202) 822-6982

*Counsel for Haislip Corporation.*


LEFTWICH & LUDAWAY, LLC

_____
Rebecca L. Taylor
D.C. Bar No. 443401
1400 K Street, NW
Suite 1000
Washington, DC 20005
Tel: (202) 434-9100
Fax: (202) 783-3420

*Counsel for Jones & Woods, Inc. and
Ohio Casualty Insurance Company*

ADORNO & YOSS LLC

_____
Thomas L. Peterson
D.C. Bar No. 39232
1000 Vermont Avenue, NW
Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 312-0606

Deborah S. Butera
Georgia Bar No. 100217
Roxann S. Smithers
Georgia Bar No.: 665055
ADORNO & YOSS LLC
1349 W. Peachtree Street, NW
Two Midtown Plaza, Suite 1500
Atlanta, Georgia 30309
Tel: (404) 347-8300
Fax: (404) 347-8395

*Counsel for Johnson Controls, Inc.*