UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>HAISLIP CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>v.<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC.,<br><br>    Third-Party Defendant/Fourth-<br>    Party Plaintiff,<br><br>v.<br><br>JONES & WOOD, INC.,<br><br>    Fourth-Party Defendant. | Case No. 1:05CV01049<br>Judge: James Robertson<br>Deck Type: Contract |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Defendant and Third-Party Plaintiff Ohio Casualty Insurance Company ("Ohio Casualty"), Third-Party Defendant and Fourth-Party Plaintiff Johnson Controls, Inc. ("JCI"), and Fourth Party Defendant Jones & Wood, Inc. ("J&W"), hereby advise the Court that the parties have resolved their respective claims in this action. Pursuant to Federal Rules of Civil Procedure

41(a)(1)(ii) and 41(c), JCI and Ohio Casualty hereby dismiss with prejudice their claims in the above-styled case. All parties will bear their own attorneys' fees, expenses, and costs.

Respectfully submitted this 31st day of ~~February~~ January, 2006.

| | |
|---|---|
| **LEFTWICH & LUDAWAY, LLC** | **ADORNO & YOSS LLC** |
| */s/ Rebecca L. Taylor* | */s/ Thomas L. Peterson* |
| Rebecca L. Taylor | Thomas L. Peterson |
| D.C. Bar No. 443401 | D.C. Bar No. 39232 |
| 1400 K Street, NW, Suite 1000 | 1000 Vermont Avenue, NW |
| Washington, DC 20005-2403 | Suite 450 |
| Tel: (202) 434-9100 | Washington, DC 20005 |
| Fax: (202) 783-3420 | Tel: (202) 408-5700 |
| | Fax: (202) 312-0606 |
| *Counsel for Jones & Woods, Inc. and Ohio Casualty Insurance Company* | Deborah S. Butera |
| | Georgia Bar No. 100217 |
| | Roxann S. Smithers |
| | Georgia Bar No.: 665055 |
| | ADORNO & YOSS LLC |
| | 1349 W. Peachtree Street, NW |
| | Two Midtown Plaza, Suite 1500 |
| | Atlanta, Georgia 30309 |
| | Tel: (404) 347-8300 |
| | Fax: (404) 347-8395 |
| | *Counsel for Johnson Controls, Inc.* |